In the Matter of the Acquisition of Lands by the CITY COUNCIL OF THE CITY OF SARATOGA SPRINGS, N. Y., Respondent, for the Construction of a Reservoir, the Construction of Water Mains, and the Acquisition of Easements for the Extension and Enlargement of the Water Supply System, and Pumping System, and an Overflow from the Reservoir of the City of Saratoga Springs; HILTON ESTATES, INC., Reputed Owner of Parcels A, B, C, D, E, F, G and H, on a Map Made for the City of Saratoga Springs and in the Town of Greenfield, Saratoga County, New York, Appellant; and ERWIN A. MORSE and JULIA M. LOFT, Mortgagees.— This is an appeal from an order of the Saratoga County Court confirming the report and award of commissioners in condemnation and denying a motion of appellant to set aside the award and for the appointment of new commissioners. By stipulation the only question on this appeal is whether William H. Waterbury, one of the commissioners, was disqualified as a matter of law. The evidence in the record shows that Mr. Waterbury was not an employee or official of the city of Saratoga Springs at the time he officiated in such commission and, therefore, he was not disqualified as a matter of law. Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

### (July 21, 1937.)

THE COUNTY TRUST COMPANY, Respondent, v. HARLEM VALLEY CONSTRUCTION COMPANY, INC., Appellant, and HUGH J. MOORE, as Sheriff of Essex County, New York, Defendant.— Motion for stay granted. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of HERMAN SCHORLING, Respondent, against EMPIRE PERSONAL LOAN COMPANY, INC., Appellant, and GLOBE INDEMNITY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the respondent Globe Indemnity Company against the appellant. Opinion by Rhodes, J.; Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur. The foregoing is the corrected form of the decision. The original decision by error awarded costs to the State Industrial Board. [See ante, p. 573.] Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.